**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

√ INITIAL APPEARANCE
❒ BOND HEARING
❒ DETENTION HEARING
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

DATE: 2/23/06

DIGITAL Recording : 11:00 - 11:08

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON DEPUTY CLERK: Wanda Robinson

CASE NO. 2:06mj23-VPM DEFENDANT NAME: Phillip Dale Prewett

AUSA: Todd Brown DEFT. ATTY: Robin Konrad

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

PTSO:____________________ USPO: Kevin Poole

Defendant ( ) does; ( √ )does NOT need an interpreter

Interpreter present (√ ) NO; ( ) YES Name:

---

√ Date of Arrest or √ Arrest Rule 5 2/22/06
√ Deft First Appearance. Advised of rights/charges. √ Prob/Sup Rel Violator
❒ Deft First Appearance with Counsel
❒ Deft. First Appearance without Counsel
❒ Requests appointed Counsel
√ Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL*
√ *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed*
❒ Panel Attorney Appointed; ❒ to be appointed - prepare voucher
❒ Deft. Advises he will retain counsel. Has retained
❒ ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed
❒ Detention Hearing ❒ held; ❒set for
❒ ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
❒ ORDER OF DETENTION HEARING PENDING TRIAL to be entered
❒ Release order entered. Deft advised of conditions of release
❒ BOND EXECUTED (M/D AL charges) $.
❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
❒ Bond not executed. Defendant to remain in Marshal's custody
√ Deft. ORDERED REMOVED to originating district
√ Waiver of ❒ preliminary hearing; √ Waiver Rule 5 ID hearing
❒ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
❒ ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒ Set for
❒ DISCOVERY DISCLOSURE DATE:
❒ NOTICE to retained Criminal Defense Attorney handed to counsel
❒ WAIVER of Speedy Trial. CRIMINAL TERM: